UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALIMAH ALI,

                          Plaintiff,

                -v.-

DAINESE USA, INC., ALBERTO
RUBIO, and HECTOR HERNANDEZ,

                          Defendants.

19 Civ. 2422 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

        In light of the discussion during today's pretrial conference, Plaintiff's counsel

is hereby ORDERED to obtain a copy of the transcript of the conference in due

course.

        SO ORDERED.

Dated:      December 4, 2020
            New York, New York

                                        _____
                                            KATHERINE POLK FAILLA
                                            United States District Judge