UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALIMAH ALI,<br><br>                              Plaintiff,<br><br>               -v.-<br><br>DAINESE USA, INC., ALBERTO RUBIO, and HECTOR HERNANDEZ,<br><br>                              Defendants. | 19 Civ. 2422 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The parties are hereby ORDERED to appear for a telephonic pretrial conference in this matter on **March 17, 2021, at 1:00 p.m.** To access the conference, the parties shall call (888) 363-4749 and enter access code 5123533#. Please note, the conference line will not be available before 1:00 p.m.

    SO ORDERED.

Dated:    March 8, 2021
              New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge