UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALIMAH ALI,

                    Plaintiff,

         -v.-

DAINESE USA, INC., ALBERTO RUBIO, and HECTOR HERNANDEZ,

                    Defendants.

19 Civ. 2422 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    During the pretrial conference in this matter on March 17, 2021, the Court discussed with the parties Plaintiff's request to re-open expert discovery as well as Defendants' intention to file a motion for sanctions against Plaintiff and a motion for summary judgment. The Court reserved decision on these matters and now decides them as follows.

    *First*, the Court declines to re-open expert discovery. Plaintiff has not provided a satisfactory explanation for why she did not comply with the deadlines in the Civil Case Management Plan for meeting and conferring with Defendants and retaining an expert, and the Court concludes that re-opening discovery would be prejudicial to Defendants. Accordingly, discovery remains closed.

    *Second*, the Court has determined that the briefing on Defendants' anticipated motions should occur sequentially, with motion practice on the motion for sanctions proceeding first. The Court sets the following briefing schedule on Defendants' motion for sanctions: Defendants' opening brief shall be filed on or before **April 19, 2021**; Plaintiff's opposition brief shall be filed on

or before **May 19, 2021**; and Defendants' reply shall be filed on or before **June 2, 2021**.  If this matter remains open following resolution of the sanctions motion, the Court will set a briefing schedule for the summary judgment motion at that time.

    SO ORDERED.

Dated:    March 18, 2021
            New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge