UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALIMAH ALI,<br><br>                            Plaintiff,<br><br>             -v.-<br><br>DAINESE USA, INC., ALBERTO RUBIO, and HECTOR HERNANDEZ,<br><br>                            Defendants. | 19 Civ. 2422 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephonic conference on **January 27, 2022, at 11:00 a.m.** At the conference, the Court will address the *ex parte* declaration submitted by Plaintiff's counsel in response to the Court's Opinion and Order granting in part Defendants' motion for discovery sanctions. (*See* Dkt. #75). To access the conference, the parties are directed to dial (888) 363-4749 and enter access code 5123533.

SO ORDERED.

Dated:   January 26, 2022
        New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge